# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 10-210 JVS (ANx) | Date May 14, 2010 |
| Title Phil Barber v. JPMorgan Chase Bank, N.A., et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER TO SHOW CAUSE AND ORDER CONTINUING SCHEDULING CONFERENCE

Plaintiff Phil Barber has filed a unilateral Rule 26 Report for the May 17, 2010 Scheduling Conference.

The Scheduling Conference is continued to June 1, 2010, 1:30 P.m.

Defendants and their counsel are ordered to show cause on June 1, 2010 at 1:30 P.m. why their answers should not be stricken and/or counsel sanctioned for failure to participate in the Rule 26 process. **Continued failure to participate in the preparation of the Rule 26 Report and/or failure to respond to this order to show cause is likely to result in the answers being stricken.**

Defendants shall file a written response to this order to show cause no later than May 24, 2010. The filing of a <u>joint</u> report in compliance with Rule 26 of the Federal Rules of Civil Procedure, this Court's Local Rules, and the Scheduling Conference Order will be deemed satisfactory response. If a report is filed, the order to show cause hearing will be converted into a scheduling conference.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |