JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
LAUREN M. TAKOS (CA Bar No. 255164)
ltakos@alvaradosmith.com
ALVARADOSMITH, APC
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously
sued as JPMORGAN CHASE BANK

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHIL BARBER, | **CASE NO.:** 8:10-cv-00210-JVS-AN |
| Plaintiff, | **JUDGE:** Honorable James V. Selna |
| v. | **JUDGMENT** |
| JPMORGAN CHASE BANK,; WELLS FARGO BANK, N.S., as Indenture Trustee of Fieldstone Mortgage Investments Trust, Series 2007-1; THE WOLF FIRM, A Law Corporation; LITTON LOAN SERVICING LP, a Delaware Corporation; CREDIT BASED ASSET SERVICING AND SECURITIZATION, LLC, a New York Corporation; MORTGAGE ELECTRONIC SYSTEM; and DOES 6 through 50, inclusive, | |
| Defendants. | |

The Court having granted the Motion of defendant JPMorgan Chase Bank, N.A. ("JPMorgan" and "Defendant"), erroneously sued as JPMorgan Chase Bank, for an order dismissing the fourth amended complaint ("FAC") of plaintiff Phil Barber ("Plaintiff") with prejudice against Defendant on January 10, 2011 at 1:00 p.m. in courtroom "10C" of the above entitled court:

IT IS ORDERED, ADJUDGED AND DECREED that

1.   Plaintiff's Fourth Amended Complaint filed in this matter is dismissed without leave

1
**[PROPOSED] JUDGMENT**

1161341.2

1  to amend in its entirety as to Defendant for the reasons stated in this Court's order granting
2  Defendant's motion to dismiss dated January 10, 2011.  Judgment is entered in favor of Defendant
3  and against Plaintiff.
4      2.    Plaintiff shall recover nothing against Defendant.
5      3.    Defendant is entitled to recover from Plaintiff the costs of suit in this action.
6  Defendant may file a Motion to Recover Costs.

DATED:  February 18, 2011      By: _____
                                      Honorable James V. Selna
                                      Judge, United States District Court